IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:  CHARLES E. BURKS | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| - Creditor | ) No. 13-41479 |
| PNC Bank, N.A. | ) |
| | ) |
| v. | ) Judge |
| | ) Eugene R. Wedoff |
| CHARLES E. BURKS   - Debtor | ) |
| | ) |

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON July 17, 2014 at 09:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 7/2/14, with proper postage prepaid.

```
                                     PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY            /s/Toni Dillon
INFORMATION OBTAINED WILL BE         ARDC#6289370
USED FOR THAT PURPOSE**
                                     1 North Dearborn
                                     Suite 1300
                                     Chicago, Illinois 60602
                                     312-346-9088
PA13-4083
```

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**

To Debtor:
CHARLES E. BURKS
7928 South Dante Avenue
Chicago, IL 60619
**By U.S. Mail**

To Attorney:
Ernesto D. Borges, Jr.
105 West Madison Street, Suite 2300
Chicago, Illinois  60602
**By Electronic Notice through ECF**

**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**

PA13-4083

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   CHARLES E. BURKS            )
                                  )
PNC Bank, N.A.                    )
        Creditor,                 )    Case No. 13B41479
                                  )    Judge Eugene R. Wedoff
    vs.                           )
                                  )
CHARLES E. BURKS,                 )
        Debtor,                   )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES PNC Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 7928 South Dante Avenue, Chicago, IL 60619, be Modified, stating as follows:

1. On October 23, 2013, the above captioned Chapter 13 was filed.

2. On March 20, 2014, the above captioned Chapter 13 was confirmed.

3. PNC Bank, N.A. services the first mortgage lien on the property located at 7928 South Dante Avenue, Chicago, IL 60619.

4. The Chapter 13 Plan calls for the pre-petition arrears to PNC Bank, N.A. to be cleared through the plan. A claim was filed in the amount of $10,172.80.

5. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to PNC Bank, N.A. Post-petition payments are $1,238.50.

6. The post-petition mortgage payments are due and owing for January 2014. The default to PNC Bank, N.A. is approximately

$8,820.70 through July 2014 including attorney's fees and costs of this motion.

7. The plan is in material default.

8. PNC Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

9. PNC Bank, N.A. is not adequately protected.

10. The property located at 7928 South Dante Avenue, Chicago, IL 60619 is not necessary for the debtor's reorganization.

11. The debtor has no equity in the property for the benefit of unsecured creditors.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 7928 South Dante Avenue, Chicago, IL 60619, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to PNC Bank, N.A. to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

PNC Bank, N.A.

/s/Toni Dillon
Toni Dillon ARDC#6289370
Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088