**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) CHARLES E. BURKS  Case No. 13B41479  Chapter 13

All Cases: Moving Creditor PNC Bank, N.A. Date Case Filed October 23, 2013

Nature of Relief Sought:    ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing – or Date Plan Confirmed March 20, 2014

1. Collateral
   a. ☒ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date: $140,840.06
   Total of all other Liens against Collateral $-

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $72,000.00

5. Default
   a. ☒ Pre-Petition Default
      Number of months ____    Amount $10,172.80

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months 7    Amount $8,820.70

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months -    Amount $-

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) Material Payment Default

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: July 2, 2014                By: /s/Toni Dillon
                                  Toni Dillon ARDC#6289370
                                  Pierce & Associates, P.C
                                  Counsel for movant